FILED

02/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0538

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0538

_____

IN RE THE MARRIAGE OF:

RYAN LEE HARTUP,

     Petitioner and Appellant,

  and

MISTY MARIE HARTUP,                         O R D E R

     Respondent,

  and

CARLOS NAVARRO,

     Third-Party Petitioner and Appellee.

_____

Appellant Ryan Hartup has filed a motion for extension of time within which to file the opening brief. Upon consideration of Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Appellant has until April 25, 2022, within which to file the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 23 2022